C. Fay Heywood v. Mary B. Tucker (2 cases). James Schoenwetter v. Isak Weiman (2 cases). Edward J. Kobert v. Harry Condoguri. New York Metal

Ceiling Company v. Endicott-Johnson Company. Cornelius J. Hogan v. New York Metal Ceiling Company. Hyman Drucker v. Nathan Straus and Others.— Applications denied, with ten dollars costs. Orders signed.

William E. White v. William F. Kenny.— Application granted on defendant stipulating as stated in order. Order signed.

Frederick B. Studwell, Appellant, v. The Bush Company, Ltd., Respondent.— Judgment and order affirmed, with costs. No opinion.

Kertscher & Company, Respondent, v. Samuel Green and The Monolith Realty Company, Appellants, Impleaded with Robert S. Minturn and Others.— Judgment affirmed, with costs. No opinion.

Baldwin Schlesinger, as Executor, etc., of Abraham Schlesinger, Deceased, Respondent, v. Phil Bear, Appellant, Impleaded with Leo Schlesinger and Amelia Schlesinger.— Judgment affirmed, with costs. No opinion.

Theodor Friedeberg and Myer Paltrowitz, Appellants, v. The City of New York, Respondent. Judgment and order affirmed, with costs. No opinion.

In the Matter of Carroll F. Smith, as Treasurer of Manhattan State Hospital, Respondent, to Compel the Support and Maintenance at Said Hospital of Rachel Weller, of New York City, an Inmate of Said Hospital. Joseph L. Weller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Phil H. Moore, Respondent, v. J. Thomas Reinhardt, Appellant.— Judgment affirmed, with costs. No opinion.

Mary B. Dun and Others, as Executors, etc., of Robert G. Dun, Deceased, Respondents, v. Mary R. Chisholm and Walter Chisholm, Individually and as Executors, etc., of Ellen M. Chisholm, Deceased, Appellants, Impleaded with James B. Blossom and Others.— Judgment affirmed, with costs. No opinion.

Rita Bley, an Infant, by Samuel Bley, Her Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.